ASTA

AMERICAN SAIL TRAINING ASSOCIATION
240 Thames Street, PO Box 1459
Newport, Rhode Island 02840 USA
tel +1 401.846.1775 • fax +1 401.849.5400
http://tallships.sailtraining.org

TALL SHIPS CHALLENGE.

June 28, 2007

Dear Vendor:

You are hereby advised that the trademark Tall Ships® is a registered trademark of the American Sail Training Association; a copy of the registration is attached.

You have not been granted a license for the use of the mark Tall Ships®. The only license granted For Tall Ships® are to Tall Ships® Rhode Island organizers of this weekend's event and an authorized licensee of the American Sail Training Association. Therefore, the only authorized merchandise bearing the mark Tall Ships® is that produced through Tall Ships® Rhode Island.

Any sale of unauthorized merchandise is an infringement of our trademarks and will be dealt with accordingly. We demand that you immediately cease and desist from the sale of any and all unauthorized merchandise bearing our registered mark.

Lori A. Aguiar

Lori A. Aguiar
Director of Operations
American Sail Training Association

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed May 16 04:18:55 EDT 2007*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 10 out of 18**

TARR Status | ASSIGN Status | TDR | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | TALL SHIPS |
| **Goods and Services** | IC 035. US 101. G & S: PROMOTION OF GOODS AND SERVICES OF OTHERS BY PLANNING AND OPERATING SAILING RACES AND RELATED EVENTS THROUGH WHICH THE GOODS AND SERVICES OF A VARIETY OF SPONSORS ARE ADVERTISED. FIRST USE: 19750225. FIRST USE IN COMMERCE: 19750225 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 73053780 |
| **Filing Date** | May 30, 1975 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 1053408 |
| **Registration Date** | November 23, 1976 |
| **Owner** | (REGISTRANT) AMERICAN SAIL TRAINING ASSOCIATION CORPORATION RHODE ISLAND 240 Thames Street, P.O. Box 1459 Newport RHODE ISLAND 02840 |
| **Attorney of Record** | CYNTHIA C. WEBER |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20070125. |
| **Renewal** | 2ND RENEWAL 20070125 |
| **Live/Dead** | |