# Exhibit A

Int. Cls.: 16, 21, 25, and 41

Prior U.S. Cls.: 2, 5, 13, 22, 23, 29, 30, 33, 37, 38, 39, 40, 50, 100, 101, and 107

Reg. No. 2,413,069

United States Patent and Trademark Office Registered Dec. 12, 2000

TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER

# TALL SHIPS CHALLENGE

AMERICAN SAIL TRAINING ASSOCIATION (RHODE ISLAND CORPORATION)
P.O. BOX 1459
365 THAMES STREET
NEWPORT, RI 02840

FOR: POSTERS, SERIES OF BOOKS AND PAMPHLETS ON THE SUBJECT OF SAILING, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 7-7-2000; IN COMMERCE 7-7-2000.

FOR: MUGS, PLATES, DRINKING GLASSES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 7-7-2000; IN COMMERCE 7-7-2000.

FOR: CLOTHING, NAMELY, CAPS, SHIRTS, T-SHIRTS, SWEAT SHIRTS, AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-7-2000; IN COMMERCE 7-7-2000.

FOR: ORGANIZING, ARRANGING AND SPONSORING SAILING EVENTS AND RACES; EDUCATIONAL AND TRAINING CLASSES IN THE FIELD OF SAILING, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-7-2000; IN COMMERCE 7-7-2000.

OWNER OF U.S. REG. NO. 1,959,420 AND OTHERS.

SN 75-644,175, FILED 2-16-1999.

PAUL F. GAST, EXAMINING ATTORNEY

**Int. Cl.: 41**

**Prior U.S. Cl.: 107** **Reg. No. 1,086,636**

**United States Patent and Trademark Office** **Registered Feb. 28, 1978**

**10 Year Renewal** **Renewal Term Begins Feb. 28, 1998**

## SERVICE MARK
## PRINCIPAL REGISTER

## TALL SHIPS

AMERICAN SAIL TRAINING ASSOCIATION, THE (RHODE ISLAND CORPORATION)
47 BOWEN'S WHARF
P.O. BOX 1459
NEWPORT, RI 02840

FOR: ORGANIZING, ARRANGING AND SPONSORING SAILING RACES, IN CLASS 41 (U.S. CL. 107).

FIRST USE 2-25-1975; IN COMMERCE 2-25-1975.

SER. NO. 73-084,336, FILED 4-19-1976.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Dec. 8, 1998.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 35
Prior U.S. Cl.: 101
United States Patent and Trademark Office
10 Year Renewal

Reg. No. 1,053,408
Registered Nov. 23, 1976
Renewal Term Begins Nov. 23, 1996

# SERVICE MARK
# PRINCIPAL REGISTER

## TALL SHIPS

AMERICAN SAIL TRAINING ASSOCIATION (RHODE ISLAND CORPORATION)
47 BOWEN'S WHARF
NEWPORT, RI 02840

FOR: PROMOTION OF GOODS AND SERVICES OF OTHERS BY PLANNING AND OPERATING SAILING RACES AND RELATED EVENTS THROUGH WHICH THE GOODS AND SERVICES OF A VARIETY OF SPONSORS ARE ADVERTISED, IN CLASS 35 (U.S. CL. 101).

FIRST USE 2-25-1975; IN COMMERCE 2-25-1975.

SER. NO. 73-053,780, FILED 5-30-1975.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Dec. 17, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS