# Exhibit B


Tall Ships
2007
Newport, R.I.