AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

The American Sail Training Association,

V.

Gregory Jordan and Andrew Borer, D/B/A Souvenir Stop; Gregory Jordan and Andrew Borer, D/B/A Children's Shop; and Gregory Jordan and Andrew Borer, D/B/A T-Shirt Town

[redacted]MONS IN A CIVIL CASE

CASE NUMBER: 07 248 ML

TO: (Name and address of Defendant)

Andrew Borer
Souvenir Stop
115 Thames Street
Newport, RI 02840

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carl E. Fumarola, Esq
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
(401) 274-7850 (voice)
(401) 274-9670 (fax)

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 6-29-07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 10-29-07 |
|---|---|
| NAME OF SERVER (PRINT) Robert J Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: 35 Long Wharf Mall Newport, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL — | SERVICES 45.00 | TOTAL 45.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/29/07
Date

Signature of Server

87 Grand View Rd
Address of Server
E. Greenwich, RI 02818

X [signature]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

The American Sail Training Association,

V.

Gregory Jordan and Andrew Borer, D/B/A Souvenir Stop; Gregory Jordan and Andrew Borer, D/B/A Children's Shop; and Gregory Jordan and Andrew Borer, D/B/A T-Shirt Town

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: [redacted] 07 248 ML

TO: (Name and address of Defendant)

Andrew Borer
T-Shirt Town
182 Thames Street
Newport, RI 02840

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carl E. Fumarola, Esq
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
(401) 274-7850 (voice)
(401) 274-9670 (fax)

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK — DATE 6-29-07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10-29-07 |
| NAME OF SERVER (PRINT) Robert J. Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 35 Long Wharf Mall Newport, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 45.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/29/07
Date

[signature]
Signature of Server

87 Grand View Rd
E. Greenwich, RI 02818
Address of Server

X Andrew Burr [signature]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

The American Sail Training Association,

V.

Gregory Jordan and Andrew Borer, D/B/A Souvenir Stop; Gregory Jordan and Andrew Borer, D/B/A Children's Shop; and Gregory Jordan and Andrew Borer, D/B/A T-Shirt Town

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: [redacted] 07 248ML

TO: (Name and address of Defendant)

Andrew Borer
Children's Shop
107 Thames Street
Newport, RI 02840

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carl E. Fumarola, Esq.
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
(401) 274-7850 (voice)
(401) 274-9670 (fax)

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

6-29-07
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10-29-07 |
| NAME OF SERVER (PRINT) Robert J. Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: 35 Long Wharf Mall, Newport, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 45.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/29/07
Date

[signature]
Signature of Server

87 Grand View Rd
E. Greenwich, RI 02818
Address of Server

X [signature]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

The American Sail Training Association,

V.

Gregory Jordan and Andrew Borer, D/B/A Souvenir Stop; Gregory Jordan and Andrew Borer, D/B/A Children's Shop; and Gregory Jordan and Andrew Borer, D/B/A T-Shirt Town

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: [redacted] 07 248 ML

TO: (Name and address of Defendant)

Gregory Jordan
Children's Shop
107 Thames Street
Newport, RI 02840

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carl E. Fumarola, Esq
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
(401) 274-7850 (voice)
(401) 274-9670 (Fax)

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 6-29-07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 10-29-07 |
| NAME OF SERVER (PRINT) Robert J Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: 35 Long Wharf Mall, Newport, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 45.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/29/07
Date

[signature]
Signature of Server

87 Grand View Rd
Address of Server
E. Greenwich, RI 02818

[signature]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

The American Sail Training Association,

V.

Gregory Jordan and Andrew Borer, D/B/A Souvenir Stop; Gregory Jordan and Andrew Borer, D/B/A Children's Shop; and Gregory Jordan and Andrew Borer, D/B/A T-Shirt Town

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: [redacted] 07 248 ML

TO: (Name and address of Defendant)

Gregory Jordan
Souvenir Stop
115 Thames Street
Newport, RI 02840

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carl E. Fumarola, Esq.
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
(401) 274-7850 (voice)
(401) 274-9670 (fax)

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4-27-07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10-29-07 |
| NAME OF SERVER (PRINT) Robert J. Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 35 Long Wharf Mall Newport, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 45.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/29/07
Date

Robert J. Kilduff
Signature of Server

87 Grand View Rd
E. Greenwich, RI 02818
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

The American Sail Training Association,

V.

Gregory Jordan and Andrew Borer, D/B/A Souvenir Stop; Gregory Jordan and Andrew Borer, D/B/A Children's Shop; and Gregory Jordan and Andrew Borer, D/B/A T-Shirt Town

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: [redacted] 07 248 ML

TO: (Name and address of Defendant)

Gregory Jordan
T-Shirt Town
182 Thames Street
Newport, RI 02840

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carl E. Fumarola, Esq
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
(401) 274-7850 (voice)
(401) 274-9670 (fax)

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 6-29-07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 10-29-07 |
| NAME OF SERVER (PRINT) Robert J. Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: 35 Long Wharf Mall, Newport, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 45.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/29/07
Date

[signature]
Signature of Server

87 Grand View Rd
Address of Server
E. Greenwich, RI 02818

X [signature]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.