UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE AMERICAN SAIL TRAINING ASSOCIATION,<br>Plaintiff,<br>v.<br>GREGORY JORDAN AND ANDREW BORER, D/B/A SOUVENIR STOP; GREGORY JORDAN AND ANDREW BORER, D/B/A CHILDREN'S SHOP; AND GREGORY JORDAN AND ANDREW BORER, D/B/A T-SHIRT TOWN,<br>Defendants. | CIVIL ACTION NO. 07-248 ML |

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

Pursuant to LR Cv 29 and by agreement of Plaintiff, the Defendants may have an additional thirty days to answer or otherwise respond to the Complaint, which is up through and including December 19, 2007.

Respectfully submitted,

**AMERICAN SAIL TRAINING ASSOCIATION,**

By its attorneys,

/s/ *Carl E. Fumarola*
Carl E. Fumarola, Bar #6980
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
(401) 274-7850
(401) 274-9670 (facsimile)
Email: cfumarola@cetcap.com

Dated: November 15, 2007

Of Counsel:
Michael J. Rauworth, Esq.
Two Seaport Lane, 10th Floor
Boston, MA 02210
(617) 217-5500
(617) 217-5200 (facsimile)
Email: mrauworth@cetcap.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2007, the foregoing document, filed through the Electronic Cases Filing ("ECF") System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non registered participants.

/s/ *Carl E. Fumarola*
Carl E. Fumarola