UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE AMERICAN SAIL TRAINING ASSOCIATION,<br>Plaintiff,<br>v.<br>GREGORY JORDAN AND ANDREW BORER, D/B/A SOUVENIR STOP; GREGORY JORDAN AND ANDREW BORER, D/B/A CHILDREN'S SHOP; AND GREGORY JORDAN AND ANDREW BORER, D/B/A T-SHIRT TOWN,<br>Defendants. | CIVIL ACTION NO. 07-248 ML |

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

Pursuant to LR Cv 29, Plaintiff stipulates to allowing the Defendants an additional thirty days, from the date their Answer was due (December 19, 2007), to answer or otherwise respond to the Complaint, which is up through and including January 18, 2007.

This is the second and final extension that is necessary in this matter. The parties are working actively on settling this case by way of a trademark licensing agreement, and anticipate doing so within the next thirty days.

Respectfully submitted,

**AMERICAN SAIL TRAINING ASSOCIATION,**

By its attorneys,

/s/ *Carl E. Fumarola*
Carl E. Fumarola, Bar #6980
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
(401) 274-7850
(401) 274-9670 (facsimile)
Email: cfumarola@cetcap.com

Dated: December 17, 2007

Of Counsel:
Michael J. Rauworth, Esq.
Two Seaport Lane, 10th Floor
Boston, MA 02210
(617) 217-5500
(617) 217-5200 (facsimile)
Email: mrauworth@cetcap.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2007, the foregoing document, filed through the Electronic Cases Filing ("ECF") System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non registered participants.

/s/ *Carl E. Fumarola*
Carl E. Fumarola