**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **AMERICAN SAIL TRAINING ASSOCIATION,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 07-248ML** |
| **v.** | ) | |
| **BORER, et al.,** | ) | |
| **Defendants.** | ) | |

**ENTRY OF APPEARANCE**

Attorney Jeffrey D. Sowa hereby enters his appearance on behalf of Defendants Andrew Borer and Gregory Jordan in the above-captioned matter.

/s/ Jeffrey D. Sowa

Brian LaPlante, Esq./#5861
Jeffrey D. Sowa, Esq./#5764
LaPlante Sowa Goldman
67 Cedar Street
Providence, RI 02903
TEL: (401) 273-0200
FAX: (401) 273-0250

**CERTIFICATION**

Carl E. Fumarola, Esquire
Cetrulo & Capone, LLP
321 South Main Street
Providence, RI 02903

I hereby certify that on this 11th day of January, 2008, I caused a true and accurate copy of the within document to be sent via electronic means through the CM/EFC system of the United States District Court to the above-listed attorney.

/s/ Jeffrey D. Sowa