UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

American Sail Training Association
Plaintiff(s)

v. Dkt. No. 07-248ML

Borer, et al.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~/Defendants Andrew Borer and Gregory Jordan hereby moves that David Ludwig be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Andrew Borer and Gregory Jordan
(~~Plaintiff~~/Defendant)

By: Jeffrey D. Sowa
Bar ID No. 5764
Address: 67 Cedar Street
Providence, RI 02903

DATED: January 11, 2008

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Virginia and the District of Columbia and of the following Federal District Court and/or Court of Appeals Bar(s) D.C. Circuit; strict Courts for D.C., E.D. Va., & W.D. Va., and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time and I have never had my pro hac vice revoked by any court. (If applicant has been sanctioned, disciplined or had any pro hac vice status revoked, please provide a full explanation.)

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

**Form 1 (cont'd)**

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

____________________
Signature of *Pro Hac Vice* Applicant

David Ludwig — D.C. Bar # 975891; Virginia Bar # 73157
Print Name — State Bar ID #

Dunlap, Grubb & Weaver, P.C.
Firm Name

199 Liberty Street, S.W.
Business Address

Leesburg, VA 20175

(703) 777-7319
Tel. #

(703) 777-3656
Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Jeffrey D. Sowa
Signature of Local Counsel

Jeffrey D. Sowa 5764
Print Name RI Bar ID #

LaPlante Sowa Goldman
Firm and Business Address
67 Cedar Street
Providence, RI 02903

Tel. #________ Fax #________
(401) 273-0200/(401) 273-0250

---

## ORDER

This is motion
hereby________________________________________

____________________
District Judge

Date: