UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **THE AMERICAN SAIL TRAINING ASSOCIATION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ANDREW BORER, et al.,**<br><br>**Defendants.** | **Civil Action No. 07-248 ML** |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, Defendants Andrew Borer and Gregory Jordan hereby state as follows:

(1) Defendants Andrew Borer and Gregory Jordan are a Partnership doing business as Souvenir Stop, Children's Shop, and T-Shirt Town;

(2) There are no parents, subsidiaries, and/or affiliates of Defendants that have issued shares or debt securities to the public; and

(3) No publicly-held corporation owns an interest of ten percent or more in Defendants' businesses.

Dated: January 18, 2008

Respectfully submitted,
ANDREW BORER
and
GREGORY JORDAN
By Counsel

/s/ Brian LaPlante

Brian LaPlante, Esq./#5861
Jeffrey D. Sowa, Esq./#5764
LAPLANTE SOWA GOLDMAN
67 Cedar Street
Providence, RI 02903
Tel: (401) 273-0200
Fax: (401) 273-0250
blaplante@lsglaw.com
Counsel for Defendants

Thomas M. Dunlap (pro hac vice)
David Ludwig (pro hac vice)
DUNLAP, GRUBB & WEAVER, P.C.
199 Liberty St, SW
Leesburg, VA 20175-2175
Tel: (703) 777-7319
Fax: (703) 777-3656
tdunlap@dglegal.com
dludwig@dglegal.com
Counsel for Defendants

**CERTIFICATE OF SERVICE**

Carl E. Fumarola, Esquire
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI 02903

Michael J. Rauworth, Esquire
Two Seaport Lane, 10th Floor
Boston, MA 02210

I hereby certify that on this 18th day of January, 2008, I caused a true and accurate copy of the within document to be sent via electronic means through the CM/EFC system of the United States District Court to the above-listed attorneys.

/s/ Brian LaPlante