**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **THE AMERICAN SAIL TRAINING ASSOCIATION,** | |
| **Plaintiff,** | **Civil Action No. 07-248 ML** |
| **v.** | **JURY TRIAL DEMANDED** |
| **ANDREW BORER, et al.,** | |
| **Defendants.** | |

**DEFENDANTS' MOTION TO STRIKE PORTIONS OF PLAINTIFF'S STATEMENT OF FACTS**

Defendants Gregory Jordan and Andrew Borer ("Jordan" and "Borer" respectively, the "Defendants" collectively), by counsel, pursuant to Fed. R. Civ. P. 15(a) and the inherent authority of the Court, hereby file their Motion to Strike Portions of Plaintiff's Statement of Facts.

Pursuant to the inherent authority of the court, *see Garrett v. Selby, Connor, Maddux & Janer*, 425 F.3d 836, 841 (10th Cir. 2005), and Fed. R. Civ. P. 15(a), Defendants hereby request that certain portions of Plaintiff's Statement of Facts be stricken. Plaintiff's Statement of Facts (Docket No. 18) ("Statement") includes a number of facts that were not included in Plaintiff's Amended Complaint, Defendants' Answer, or Plaintiff's Answer to Defendants' Counterclaim. These facts include:

- Plaintiff's attempted addition of two trademarks to its infringement and dilution claims, neither of which was mentioned in any prior pleading: "Return of the Tall Ships" and "The Tall Ships Are Coming." (Statement, at 1-2.)

- Plaintiff's attempted addition of prior acts of infringement in 2004, which were not mentioned in any prior pleading, and which would expand the scope of discovery in this matter by three years. (Statement, at 3.)

By including these facts in its Statement of Facts, Plaintiff is attempting to amend its Complaint without seeking leave of Court, in violation of Fed. R. Civ. P. 15(a). As such, these facts should be stricken from the record in this case unless Plaintiff seeks and this Court grants permission for Plaintiff to amend its Complaint a second time.

Dated: February 25, 2008

Respectfully submitted,
ANDREW BORER
and
GREGORY JORDAN
By Counsel

/s/ Brian LaPlante
Brian LaPlante, Esq./#5861
Jeffrey D. Sowa, Esq./#5764
LAPLANTE SOWA GOLDMAN
67 Cedar Street
Providence, RI 02903
Tel: (401) 273-0200
Fax: (401) 273-0250
blaplante@lsglaw.com
Counsel for Defendants

Thomas M. Dunlap (pro hac vice)
David Ludwig (pro hac vice)
DUNLAP, GRUBB & WEAVER, P.C.
199 Liberty St, SW
Leesburg, VA 20175-2175
Tel: (703) 777-7319
Fax: (703) 777-3656
tdunlap@dglegal.com
dludwig@dglegal.com
Counsel for Defendants

**CERTIFICATE OF SERVICE**

Carl E. Fumarola, Esquire
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI 02903

Michael J. Rauworth, Esq.
Two Seaport Lane, 10th Floor
Boston, MA 02210

I hereby certify that on this 25th day of February, 2008, I caused a true and accurate copy of the within document to be sent via electronic means through the CM/ECF system of the United States District court to the above-listed attorneys.

/s/ Brian LaPlante