UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE AMERICAN SAIL TRAINING ASSOCIATION, Plaintiff, v. GREGORY JORDAN AND ANDREW BORER, D/B/A SOUVENIR STOP; GREGORY JORDAN AND ANDREW BORER, D/B/A CHILDREN'S SHOP; AND GREGORY JORDAN AND ANDREW BORER, D/B/A T-SHIRT TOWN, Defendants. | CIVIL ACTION NO. 07-248 ML |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41, the undersigned parties, constituting collectively 100% of the entities made party to this action, hereby stipulate that all claims between and among them may and ought to be dismissed with prejudice, each party waiving any right of appeal and each party to bear its own costs.

WHEREFORE the parties respectfully call upon the Court to dismiss the instant case in its entirety.

Respectfully submitted,

ANDREW BORER AND
GREGORY JORDAN,

By their attorneys,

/s/ Brian LaPlante
Brian LaPlante, Esq. #5861
Jeffrey D. Sowa, Esq. #5764
LAPLANTE SOWA GOLDMAN
67 Cedar Street
Providence, RI 02903
Tel: 401-273-0200
Fax: 401-273-0250
blaplante@lsglaw.com
Counsel for Defendants

Thomas M. Dunlap (pro hac vice)
David Ludwig (pro hac vice)
DUNLAP, GRUBB & WEAVER, P.C.
199 Liberty St., SW
Leesburg, VA 02175-2175
Tel: 703-777-7319
Fax: 703-777-3656
tdunlap@dglegal.com
dludwig@dglegal.com

Respectfully submitted,

AMERICAN SAIL TRAINING
ASSOCIATION,

By its attorneys,

/s/ *Carl E. Fumarola*
Carl E. Fumarola, Bar #6980
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
(401) 274-7850
(401) 274-9670 (facsimile)
Email: cfumarola@cetcap.com

Michael J. Rauworth, Esq.
(Admitted Pro Hac Vice)
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
(617) 217-5500
(617) 217-5200 (facsimile)
Email: mrauworth@cetcap.com

Dated: April 18, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2008, the foregoing document, filed through the Electronic Cases Filing ("ECF") System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and copies will be sent to those indicated as non registered participants, namely:

Thomas M. Dunlap
Dunlap, Grubb & Weaver, P.C.
199 Liberty Street, N.W.
Leesburg, VA 20175

David Ludwig
Dunlap, Grubb & Weaver, P.C.
199 Liberty Street, S.W.
Leesburg, VA 20175

/s/ *Carl E. Fumarola*
Carl E. Fumarola



02874-0001
985515v1